UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| MYRTLE SHOUPE HARRIS and EDDIE SMITH, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6: 04-146-DCR |
| v. | ) ) ) | |
| DEUTSCHE BANK NAT'L TRUST CO. f/k/a BANKERS TRUST CO. OF CA, N.A. as custodian or trustee c/o CHASE MANHATTAN MORTGAGE CORP., | ) ) ) ) ) | |
| and | ) ) | **MEMORANDUM OPINION AND ORDER** |
| JP MORGAN CHASE, CHASE MANHATTAN MORTGAGE CORP., LIBERTY MUTUAL FIRE INSURANCE CO., and CRAWFORD & COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

*** *** *** ***

In accordance with 28 U.S.C. 1915(a) and Federal Rule of Appellate Procedure 24(a), it is hereby **ORDERED** and **ADJUDGED** as follows:

1.  Pursuant to Federal Rule of Appellate Procedure 24(a), Plaintiffs are directed to file a complete affidavit for leave to proceed *in forma pauperis*. This affidavit must:

    (a)   show in the detail prescribed by Form 4 of the Appendix of Forms Harris' and Smith's inability to pay or to give security for fees and costs;

    (b)   list the claims of entitlement to redress; and

    (c)   state with some specificity the issues that Plaintiffs intend to present on appeal.

2. Plaintiffs are directed to file this affidavit within 30 days of the entrance of this order, or their motion to proceed *in forma pauperis* will be assumed to have been abandoned.

This 14th day of March, 2006.

Signed By:
*Danny C. Reeves* DCR
United States District Judge